UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESUS MATA,

Defendants.

No. 17-CR-123 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

One small correction to the Court's prior order, (see dkt. no. 940), is necessary. The conference scheduled for July 2, 2021 will begin at 10:00 a.m.

**SO ORDERED.**

Dated:    June 25, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1